FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-1332 DHU |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury; |
| **BEVERLETA TAYAH,** | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| | ) Count 3: 18 U.S.C. § 924(c)(1)(A)(iii): Using and Carrying a Firearm During and in Relation to a Crime of Violence, and Possessing a Firearm in Furtherance of Such Crime; Discharging Said Firearm. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 17, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BEVERLETA TAYAH**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or about November 17, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BEVERLETA TAYAH**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a handgun, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 3

On or about November 17, 2024, in McKinley County, in the District of New Mexico, the defendant, **BEVERLETA TAYAH**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, assault with a dangerous weapon as charged in Count 2 of this indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney